```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 16442
   TINA EUBANKS
                                                  CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

             Debtor
     SSN XXX-XX-8020


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/10/07 .

     2.  The case was dismissed without confirmation, 12/20/2007.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG        .00              .00             .00
AMERICAS SERVICING CO      MORTGAGE ARRE  NOT FILED              .00             .00
AMERICAS SERVICING CO      SECURED             .00              .00             .00
AMERICAS SERVICING CO      MORTGAGE ARRE  NOT FILED              .00             .00
KANE COUNTY TREASURER      PRIORITY       NOT FILED              .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED      NOT FILED              .00             .00
AMERICAS SERVICING CO      UNSECURED      NOT FILED              .00             .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED              .00             .00
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED              .00             .00
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED              .00             .00
CITIFINANCIAL              UNSECURED      NOT FILED              .00             .00
CITIBANK                   UNSECURED      NOT FILED              .00             .00
CITIFINANCIAL              UNSECURED      NOT FILED              .00             .00
COMED                      UNSECURED      NOT FILED              .00             .00
GEMB                       UNSECURED      NOT FILED              .00             .00
MEIJER                     UNSECURED      NOT FILED              .00             .00
MENARDS/HRS                UNSECURED      NOT FILED              .00             .00
NICOR GAS                  UNSECURED      NOT FILED              .00             .00
PUBLISHERS CLEARING HOUS   UNSECURED      NOT FILED              .00             .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED      NOT FILED              .00             .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID

SHERMAN HOSPITAL           UNSECURED      NOT FILED              .00             .00
WASHINGTON MUTUAL CARD S   UNSECURED      NOT FILED              .00             .00
             Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00            .00
PRINCIPAL PAID        .00          .00          .00          .00            .00
INTEREST PAID         .00          .00          .00          .00            .00
TOTAL PAID            .00          .00          .00          .00            .00
The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $        .00
```

and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                            PAGE   2
        CASE NO. 07 B 16442 TINA EUBANKS